15-UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIE KAY HATCH,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>　　　　　　　　Defendant. | Case No. C15-575 RSM-BAT<br><br>**REPORT AND RECOMMENDATION** |

Having reviewed the parties' stipulated motion for remand, Dkt. 13, the Court recommends **REVERSING AND REMANDING** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the ALJ should hold a *de novo* hearing and issue a new decision. Plaintiff may raise any issue and submit additional evidence in support of her claim. The ALJ will reevaluate the medical opinions of record and include the credited limitations in the residual functional capacity. Once the ALJ renders a new residual functional capacity finding, the ALJ will continue the sequential evaluation to step four and, if necessary step five, obtaining vocational expert ("VE") testimony as needed. The ALJ will ensure that the VE's testimony is in response to a hypothetical including all the credited limitations and will resolve any conflicts

REPORT AND RECOMMENDATION - 1

between the VE's testimony and the Dictionary of Occupational Titles.

Because this is a stipulated motion, the Clerk should note this matter for immediate consideration by the district judge.

DATED this 22nd day of September, 2015.

 

                                   BRIAN A. TSUCHIDA
                                   United States Magistrate Judge